IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JAMES A. BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-cv-5014 |
| | ) |
| BENTONVILLE POLICE CHIEF JON SIMPSON, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DIMSISS ALL
DEFENDANTS WITH PREJUDICE**

The parties, by and through their attorneys, hereby stipulate to dismiss all Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party bearing its own costs and attorneys' fees.

Dated: October 15, 2020                    Respectfully submitted,

/s/ Kathleen Zellner
Kathleen Zellner
Attorney for Plaintiff
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Email: attorneys@zellnerlawoffices.com

/s/ Thomas N. Kieklak
Thomas N. Kieklak
Attorney for Bentonville Defendants
Harrington, Miller & Kieklak, P.A.
113 E. Emma Avenue
Springdale, Arkansas 72765
Phone: (479) 751-6464
Email: tkieklak@arkansaslaw.com


/s/ Vincent P. France
Vincent P. France
Attorney for Defendant Dr. Kokes
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone: (501) 682-1314
Email: vincent.france@arkansasag.gov

/s/ Randall E. Wakefield
Randall E. Wakefield
Attorney for Defendant Homan
Wilkinson Law Firm
700 S. Walton Blvd., Suite 2
Bentonville, Arkansas 72712
Phone: (479) 273-2212
Email: randallwakefield@gmail.com

## **CERTIFICATE OF SERVICE**

   I, Kathleen T. Zellner, hereby certify that on October 15, 2020, I filed the foregoing **Stipulation to Dismiss All Defendants with Prejudice** using the Court's CM-ECF system, which will serve all counsel of record.

            /s/ Kathleen T. Zellner
            Attorney for Plaintiff